**Dismiss and Opinion Filed July 1, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-12-00687-CV

**DARLENE FORD AND ALL OTHER OCCUPANTS OF 7311 CHINABERRY RD, DALLAS, TX 75249, Appellant**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02184-E**

**MEMORANDUM OPINION**

Before Chief Justice Wright, Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The filing fee in this case is overdue. By postcard dated January 16, 2013 we notified appellant the filing fee was due and directed her to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b)(c).

120687F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DARLENE FORD AND ALL OTHER
OCCUPANTS OF 7311 CHINABERRY
RD, DALLAS, TX 75249, Appellant

No. 05-12-00687-CV      V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-02184-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WELLS FARGO BANK, N.A. recover its costs of this appeal from appellant DARLENE FORD AND ALL OTHER OCCUPANTS OF 7311 CHINABERRY RD, DALLAS, TX 75249.

Judgment entered July 1, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE